586

BEFORE THE FIRST DIVISION, JUNE 3, 1958

**No. 62034.**—Louis Marx & Co. and Gehrig Hoban & Co., Inc. *v.* United States, protest 315019–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiffs was sustained.

**No. 62035.**—Louis Greenberg & Son, Inc., and M. Pressner & Co. *v.* United States, protests 290347–K and 215643–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.